IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KENNETH D. WILLSEY, | |
| Plaintiff, | Civ. No. 6:22-cv-01374-MK |
| v. | ORDER |
| SSA MARINE; and HOMEPORT INSURANCE COMPANY, | |
| Defendants. | |

MCSHANE, Judge:

Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 46), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although Plaintiff did not file objections, I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct.

Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 46) is adopted in full. Defendants' Motion to Dismiss is GRANTED.

IT IS SO ORDERED.

DATED this __30th__ day of October, 2023.

       /s/ Michael J. McShane       
Michael McShane
United States District Judge

1 –ORDER